1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | NADA MUTHANNA ALI ASAAD, ET AL.,   | CASE NO. 2:21-CV-02410-TLN-KJN |
12 |                 Plaintiffs,        | STIPULATION AND ORDER FOR FIRST |
   |                                    | EXTENSION OF TIME |
13 |         v.                         |                                |
14 | MERRICK GARLAND, ET AL.,           |                                |
15 |                 Defendants.        |                                |

16
       The United States respectfully requests an extension of time in which to respond to the
17
   Complaint, and counsel for plaintiffs does not oppose.  The parties therefore stipulate that the new date
18
   for the defendants to file an answer or other dispositive pleading is May 31, 2022.  The parties further
19
   request that all other filing deadlines be similarly extended.
20
                                        Respectfully submitted,
21
    Dated: March 2, 2022                PHILLIP A. TALBERT
22                                      United States Attorney

23
                                   By:  /s/ ELLIOT C. WONG
24                                      ELLIOT C. WONG
                                        Assistant United States Attorney
25

26
                                        /s/ CURTIS LEE MORRISON
27                                      CURTIS LEE MORRISON
                                        Counsel for Plaintiffs
28
                                        1

**IT IS SO ORDERED.**

DATED: March 2, 2022

Troy L. Nunley
United States District Judge